UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JILL MORRISON; individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>      Plaintiff,<br><br>      vs.<br><br>DSW SHOE WAREHOUSE, INC., a Missouri Corporation; DESIGNER BRANDS, INC., a California Corporation; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. 2:19-cv-09477-DSF-AFM<br><br>**JUDGMENT OF DISMISSAL**<br><br>Date Action Filed: July 29, 2019<br>Trial Date: Not Scheduled |

Having reviewed the Joint Status Report and Stipulation of Facts filed by the parties, and based thereon, **IT IS ORDERED AND ADJUDGED** that:

1. This action is dismissed, with prejudice, as to all parties and all causes of action.

2. Each party shall bear its or her own attorneys' fees and costs in this action.

Dated: June 14, 2021

_____
Honorable Dale S. Fischer
Judge, United States District Court